IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:15-CR-127-TWT |
| KELVONE CHARLESTON, | |
| Defendant. | |

**ORDER**

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 65] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 14 & 17] and Motion to Suppress Evidence [Doc. 16]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the statements made by the Defendant in the ambulance on April 4, 2015 and the statements made in the hospital on April 7, 2015 were made voluntarily and after a waiver of his Miranda rights and a waiver of his right to prompt presentment before a judicial officer. The Defendant's objections to the Report and Recommendation have no merit.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 14 & 17] and Motion to Suppress Evidence [Doc. 16] are DENIED.

SO ORDERED, this 21 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge